111 A.3d 168

COMMONWEALTH of Pennsylvania ex rel.
Michael J. PISKANIN (a/k/a Michael
John Piskanin, Jr.), Petitioner

v.

Kelly L. BANACH and William H. Platt and James B. Martin,
Esq. and Tammy Ferguson, Warden, Respondents.

No. 21 MM 2015.

Supreme Court of Pennsylvania.

March 9, 2015.

## ORDER

PER CURIAM.

AND NOW, this 9th day of March, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.** Furthermore, the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

111 A.3d 169

Johnnie SIMMONS, Petitioner

v.

J. ECKARD, Superintendent; Commonwealth of Pennsylvania;
Common Pleas Court of York County, Respondents.

No. 19 MM 2015.

Supreme Court of Pennsylvania.

March 9, 2015.

## ORDER

PER CURIAM.

AND NOW, this 9th day of March, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**